BUCHALTER NEMER
A Professional Corporation
  DENISE H. FIELD (SBN: 111532)
  MIA S. BLACKLER (SBN: 188112)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email:  mblackler@buchalter.com

Attorneys for Defendants
FGC COMMERCIAL MORTGAGE FINANCE,
FREMONT GENERAL CREDIT
CORPORATION, and FREMONT
REORGANIZING CORPORATION fka
FREMONT INVESTMENT & LOAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTIAN R. GIGUIERE, | Case No.  2:09-CV-01060-JAM-KJM |
| Plaintiff, | |
| vs. | **ORDER CONTINUING FEDERAL RULE OF CIVIL PROCEDURE 26(f) DEADLINES** |
| LITTON LOAN SERVICING, FGC COMMERCIAL MORTGAGE FINANCE dba FREMONT MORTGAGE, FREMONT GENERAL CREDIT CORPORATION, aka FREMONT INVESTMENT & LOAN, MERS, A DELAWARE CORPORATION, AND DOES 1 TO 20, INCLUSIVE, | Courtroom 6 – 14th Floor__ Judge:     Hon. John A. Mendez |
| Defendants. | |

BN 3749182v1

1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

PDF created with pdfFactory trial version www.pdffactory.com

1    Having considered the Parties' Joint Stipulation to Continue Federal Rule of

2  Civil Procedure 26(f) Deadlines, **IT IS HEREBY ORDERED** that the Parties'

3  Rule 26(f) deadlines are continued as follows:

4    1.    The Parties are to meet and confer pursuant to the Court's April 20,

5  2009 Order Requiring Joint Status Report and Federal Rule of Civil Procedure 26(f)

6  by no later than August 7, 2009; and

7    2.    The Parties' Joint Status Report shall be due by no later than August

8  14, 2009.

9

10  DATED:  June 16, 2009

11                             /s/ John A. Mendez
                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com